No. 88–6346.  CHAMBERS *v.* GOODWIN, SUPERINTENDENT, CENTRAL CORRECTIONAL INSTITUTION AT MACON, GEORGIA.  C. A. 11th Cir.  Certiorari denied.

No. 88–6366.  KEENAN *v.* EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir. Certiorari denied.

No. 88–6370.  LOPEZ *v.* SUPERIOR COURT OF CALIFORNIA, SAN JOAQUIN COUNTY, ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 88–6374.  DOMINGUEZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 88–6379.  KURINA *v.* HAWS, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 88–6380.  ALTIZER *v.* OHIO.  Ct. App. Ohio, Lake County. Certiorari denied.

No. 88–6381.  HEBEL *v.* ILLINOIS.  App. Ct. Ill., 5th Dist. Certiorari denied.

No. 88–6384.  GRACIANO *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 88–6391.  BROWN, AKA ALI *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 88–6392.  MARTIN *v.* PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 88–6396.  MATUSAVAGE *v.* GENERAL SERVICES ADMINISTRATION.  C. A. Fed. Cir.  Certiorari denied.

No. 88–6397.  RAMIREZ *v.* AHN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 88–6399.  MILLER *v.* NORTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 88–6402.  SCOTT *v.* PARSONS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.